No. 78–1779.  OWEN *v.* CITY OF INDEPENDENCE, MISSOURI, ET AL., 445 U. S. 622;

No. 79–1265.  CATERINA *v.* PENNSYLVANIA, 445 U. S. 963;

No. 79–1285.  MASCHHOFF *v.* INTERNATIONAL UNION, UNITED AUTOMOBILE, AEROSPACE & AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, UAW, ET AL., 445 U. S. 964;

No. 79–5993.  FAIRRIS *v.* ESTELLE, CORRECTIONS DIRECTOR, *ante,* p 920;

No. 79–6040.  BEEDE *v.* NEW HAMPSHIRE, 445 U. S. 967; and

No. 79–6043.  KIBERT *v.* BLANKENSHIP, CORRECTIONAL SUPERINTENDENT, *ante,* p. 911.  Petitions for rehearing denied.

JUNE 4, 1980

No. 79–1805.  MARYLAND *v.* WHITFIELD.  Ct. App. Md. Certiorari dismissed under this Court's Rule 60.

JUNE 5, 1980

No. 79–1803.  GRASSI ET AL. *v.* LOUISIANA.  Sup. Ct. La. Certiorari dismissed as to petitioner Grassi under this Court's Rule 60.